UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 11-cr-91-01-JL

<u>Laura J. Selway</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12 ) filed by defendant is granted; Final Pretrial is rescheduled to December 19m 2011 at 11:30a.m.; No further continuances without a hearing where good cause must be established. Trial is continued to the two-week period beginning 1/4/12 at 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    Joseph N. Laplante
                                                    United States District Judge

Date: October 7, 2011

cc:   Bjorn R. Lange, AFD
      Alfred J.T. Rubega, AUSA
      U.S. Marshal
      U.S. Probation