UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                     Case No. 11-cr-91-01-JL

Laura J. Selway

O R D E R

    The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Final Pretrial is rescheduled to January 30, 2012 at 2:30 p.m.; Trial is continued to the two-week period beginning February 7, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                     _____
                                                     Joseph N. Laplante
                                                     Chief Judge

Date: December 7, 2011

cc:  Bjorn R. Lange, AFD
     Alfred J.T. Rubega, AUSA
     U.S. Marshal
     U.S. Probation