UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                               Criminal No. 11-cr-0091-01-JL

Laura J. Selway

O R D E R

      The assented to motion to reschedule jury trial (document no. 25) filed by defendant is granted. No further continuances. Final Pretrial is rescheduled to April 20, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning May 1, 2012, 9:30 a.m.

      Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

      SO ORDERED.

                                                      */s/ Joseph N. Laplante*
                                                      Joseph N. Laplante
                                                      Chief Judge

Date: January 19, 2012

cc:  Bjorn R. Lange, AFD
     Alfred J.T. Rubega, AUSA
     U.S. Marshal
     U.S. Probation